[No. 13586-8-II. Division Two. April 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD DALE HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00340-4, James D. Roper, J., entered February 1, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[No. 26155-0-I. Division One. April 8, 1991.]

UNIGARD SECURITY INSURANCE COMPANY, *Plaintiff,* v. DENNEY RENANDO, JR., ET AL, *Defendants,* LUANN HODGSON, *Appellant,* ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-05608-9, Stuart C. French, J., entered November 22, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Forrest, JJ.

[No. 25535-5-I. Division One. April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS E. YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00438-3, Byron J. Swedberg, J., entered January 10, 1990. *Dismissed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.